UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ALLA ROYSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-109 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| UNUMPROVIDENT CORPORATION; ) | |
| FIRST UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA; UBS AG; UBS ) | |
| AG EMPLOYEE BENEFIT PLAN; GENEX ) | |
| SERVICES, INC.; ) | |
| Defendants. ) | |
| ) | |
| ) | |

**O R D E R**

The parties have jointly filed a Notice of Settlement (Court File No. 15), informing the Court they have reached a tentative settlement of all matters in dispute. The parties request a stay of all pending deadlines in the scheduling order (Court File No. 12).

Pursuant to the scheduling order (Court File No. 12, ¶ 9), the Court **GRANTS** the parties' motion and **STAYS** all proceedings in this matter until **MARCH 19, 2006** for the parties to complete settlement and file an agreed final order or judgment. If no agreed final order or judgment is submitted on or before that date, the Court will dismiss the case with prejudice. The parties may file a motion for a new scheduling order on or before **March 19, 2006**. However, the Court will not grant this motion unless the parties show good cause as to why they have not filed an agreed final order or judgment. Explaining to the Court a settlement was not reached is not sufficient to show good cause.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**